UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER A WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>THE GOLDEN 1 CREDIT UNION,<br><br>  Defendant. | Case No. 15-cv-00057-WHO<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Re: Dkt. Nos. 17, 25 |

On March 4, 2015, defendant The Golden 1 Credit Union filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction. Dkt. No. 17. On April 2, 2015, plaintiff Walter Williams filed a "Response and Nonopposition," conceding that there is no basis for subject matter jurisdiction and stating that he does not oppose dismissal. Dkt. No. 28. Having reviewed the parties' submissions, I agree that subject matter jurisdiction is lacking and GRANT defendant's motion. This action is DISMISSED. The hearing set for May 6, 2015 is VACATED.

**IT IS SO ORDERED**.

Dated: April 21, 2015

WILLIAM H. ORRICK
United States District Judge